UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX BECK, individually, and on behalf of all others similarly situated,<br><br>                                    Plaintiffs,<br><br>v.<br><br>MOSSY NISSAN OCEANSIDE, and DOES 1 through 10, inclusive,<br><br>                                    Defendants. | Case No.:  20cv2358 DMS(LL)<br><br>**ORDER LIFTING STAY AND SETTING DEADLINE FOR RESPONSIVE PLEADING** |

On January 25, 2021, this Court stayed this case pending the Supreme Court's decision in *Duguid v. Facebook, Inc.*, Case No. 19-511, and ordered the parties to file a joint status report after the Supreme Court issued its decision. The Supreme Court has now issued its decision, and the parties have filed their joint status report. In accordance

/ / /

/ / /

/ / /

1 therewith, this Court lifts the stay on this case, and orders Defendant to file its responsive
2 pleading on or before **May 24, 2021**.

3     **IT IS SO ORDERED**.

4 Dated: April 27, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court