Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
 abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX BECK, individually and on behalf of all others similarly situated, | Case No. 20-CV-2358-DMS-LL |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO INDIVIDUAL CLAIMS ONLY** |
| MOSSY NISSAN OCEANSIDE and DOES 1 through 10, inclusive, | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled individually. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: June 25, 2021

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: /s/ Todd M. Friedman
Todd M. Friedman
Law Offices of Todd M. Friedman
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

Filed electronically on June 25, 2021, with:

United States District Court CM/ECF system

Notification sent electronically on June 25, 2021, to:

To the Honorable Court, all parties and their Counsel of Record

/s/ Todd M. Friedman
Todd M. Friedman