Todd M. Friedman, Esq. (216752)
tfriedman@toddflaw.com
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: (323) 306-4234
Fax: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEX BECK**, individually and on Behalf of all other similarly situated, | Case No. 20-cv-2358-DMS-LL |
| Plaintiff, | **JOINT MOTION TO DISMISS WITH PREJUDICE AS TO THE INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS MEMBERS' CLAIMS** |
| vs. | |
| **MOSSY NISSAN OCEANSIDE,** and DOES 1-10, inclusive, | |
| Defendants. | |

NOW COME THE PARTIES by and through their undersigned attorneys and respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class Members' claims, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court via email.

///

Respectfully submitted this 3rd day of August, 2021

By:    <u>s/Todd M. Friedman</u>
          TODD M. FRIEDMAN
          Attorney for Plaintiffs

By:    <u>s/Traci I. Park</u>
          TRACI I. PARK
          Attorney for Defendant

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained her authorization to affix her electronic signature to this document.

Dated: August 3, 2021

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By:    <u>s/Todd M. Friedman</u>
          Todd M. Friedman
          Attorney for Plaintiff

Filed electronically on this 3rd Day of August, 2021, with:

Notification sent electronically via the Court's ECF system to:

Honorable Judge of the Court
United States District Court

All Counsel of Record as Recorded On The Electronic Service List.

This 3rd Day of August, 2021.

s/Todd M. Friedman
Todd M. Friedman