# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX BECK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MOSSY NISSAN OCEANSIDE, and DOES 1-10, inclusive, and each of them,<br><br>Defendant | Case No.<br><br>20-CV-2358-DMS-LL<br><br>**ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS CLAIMS** |

IT IS HEREBY ORDERED that pursuant to the Joint Motion of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated:  August 4, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court